\

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JULIE PASCALE,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No. 2:19-cv-8308-GJS<br><br>ORDER AWARDING EAJA ATTORNEY FEES |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) fees, IT IS ORDRED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of three thousand seven hundred fifty dollars ($3,750.00), as authorized by 28 U.S.C. Section 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: November 10, 2020

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE